JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-115-JHC |
| Plaintiff, | |
| v. | ORDER TERMINATING SUPERVISED RELEASE |
| TYLER K. LIEN, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Lien's supervised release is warranted by the conduct of Mr. Lien and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Lien shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 31st day of May, 2023.

*[signature: John H. Chun]*

HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING SUPERVISED RELEASE
(*U.S. v. Lien,* CR22-115-JHC) - 1

FEDERAL PUBLIC DEFENDER
1313 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710

1
2
3  Submitted by:
4  s/ *Elizabeth Sher*
   Assistant Federal Public Defender
5  Attorney for Tyler Lien
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Lien,* CR22-115-JHC)   - 2

**FEDERAL PUBLIC DEFENDER**
1313 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710